UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:18-cv-01073 |
| OCEANWIDE, INC. | ) ) ) |
| Defendant. | ) |

### STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, RLI Insurance Company by its attorney David G. Lubben of Davis & Campbell L.L.C. and Defendant Oceanwide Canada, Inc., sued herein as Oceanwide, Inc., by its attorneys Michael J. Philippi and Keith Edeus of Nixon Peabody LLP, that this action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully resolved, settled and compromised including the issues of responsibility for payment of attorney's fees.

Dated: December 28, 2018

**RLI INSURANCE COMPANY**            **OCEANWIDE CANADA, INC.**

**Plaintiff**                                      **Defendant**

By: __s/David G. Lubben_____        By:_ s/Michael J. Philippi__
    One of its attorneys                             One of its attorneys

David G. Lubben                                  Michael J. Philippi
Davis & Campbell L.L.C.                       Keith E. Edeus, Jr.
                                                 Nixon Peabody LLP

00220636.DOC

1

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Stipulation for Dismissal With Prejudice upon the following attorneys of record:

>Michael J. Philippi
>Keith E. Edeus, Jr.
>Nixon Peabody LLP
>70 W. Madison Street, Suite 3500
>Chicago, Illinois 60602

by Email on December 28, 2018.

>s/David G. Lubben

00220636.DOC